UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO.  CR19-203-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE |
| ANGELA DAVINA ENCINAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Angela Davina Encinas moves to modify the conditions of her appearance bond to terminate location monitoring. (Dkt. 260). The government opposes the removal of location monitoring, but does not oppose deleting the curfew component of location monitoring. The motion was referred to the undersigned for decision by Judge Martinez.

Defendant was released by this Court on an appearance bond on October 28, 2019 (Dkt. 116) The conditions included location monitoring with a curfew.  She asks to be taken off location monitoring, citing her full compliance with all conditions of supervision. Pretrial Services agrees.

The corona virus pandemic and resultant limitations on person to person contact due to

ORDER MODIFYING CONDITIONS OF RELEASE
PAGE -1

the risk of contagion creates special challenges for community supervision.  The Court is not convinced of the appropriateness of completely removing the location monitoring condition in this case.  However, given the government's lack of opposition to lessening the monitoring conditions, the Court agrees the curfew requirement may be removed.  Defendant will remain on stand-alone location monitoring.  All other conditions of the appearance bond remain in effect.

Defendant's Motion to Modify Conditions of Release is GRANTED in part.

DATED this 24th day of April, 2020.

Mary Alice Theiler
United States Magistrate Judge