The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR19-203RSM |
| Plaintiff, | ) | |
| | ) | ORDER |
| VS. | ) | |
| | ) | |
| ANGELA DAVINA ENCINAS, | ) | |
| | ) | |
| Defendant | ) | |

THE COURT has considered the Defendant's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case and the General Orders currently in effect.

THE COURT FINDS that the circumstances are as set forth in the Defendant's unopposed motion, and that a remote guilty plea hearing via video or telephone may take place as soon as practicable because further delays in the case would cause "serious harm to the interests of justice," *see* General Order No. 04-30 (3/30/20), for the reasons set forth in the Defendant's unopposed motion. Accordingly,

ORDER - 1

THE COURT ORDERS that Ms. Encinas may proceed with the plea hearing by video or telephonic conference, consistent with the current procedures established by this Court, and directs the parties to consult with the one and other and the court to schedule such a hearing at a mutually acceptable date and time.

DONE this 7th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Presented by:**

*/s/ Peter Mazzone*
Peter Mazzone, WSBA#25262
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201

CERTIFICATE OF SERVICE

I hereby certify that on the October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) and persons of record. I hereby certify that I have served all non CM/ECF participants via United States Postal Service.

s/ Aleshia Johnson

Aleshia Johnson
Paralegal
Mazzone Law Firm, PLLC
aleshiaj@mazzonelaw.com

ORDER - 2