Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANGELA ENCINCAS, <br><br> Defendant | NO. CR19-203RSM <br><br> **ORDER GRANTING MOTION TO SEAL APPENDIX 1 AND APPENDIX 2 TO SENTENCING MEMORANDUM** |

Upon consideration of Defendant's Motion to Seal Appendix 1 and Appendix 2 to Defendant's Sentencing Memorandum, the motion is GRANTED.

DATED this 11th day of January, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2021

*/s/Peter Mazzone*

Peter Mazzone WSBA #25262
Attorney for Defendant

ORDER TO MOTION TO SEAL APPENDICES - 1

MAZZONE LAW FIRM, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201
(425) 259-4989