The Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR19-203RSM |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| VS. ) | EMERGENCY MOTION TO EXTEND |
| ) | SURRENDER DATE |
| ANGELA DAVINA ENCINAS, ) | |
| ) | |
| Defendant ) | |
| ) | |

THE COURT has considered Defendant's emergency motion to extend her currently scheduled surrender date.

THE COURT FINDS that the circumstances are as set forth in the Defendant's motion, and hereby,

ORDERS the extension of defendant's surrender date to a new date of June 2, 2021.

DATED this 24th day of February, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1

MAZZONE LAW FIRM, PLLC
3002 COLBY AVENUE, SUITE 302
EVERETT, WA 98201
Tel (425) 259-4989
Fax (425) 259-5994

**Presented by:**

*/s/ Peter Mazzone*
Peter Mazzone, WSBA#25262
Mazzone Law Firm, PLLC
3002 Colby Avenue, Suite 302
Everett, WA 98201

CERTIFICATE OF SERVICE

I hereby certify that on the February 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) and persons of record. I hereby certify that I have served all non CM/ECF participants via United States Postal Service.

s/ Aleshia Johnson

Aleshia Johnson
Paralegal
Mazzone Law Firm, PLLC
aleshiaj@mazzonelaw.com

ORDER - 2