The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-203 RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT A |
| ANGELA DAVINA ENCINAS, | |
| Defendant. | |

Having read the Government's Motion to Seal Exhibit A and because of the sensitive and personal information contained in Exhibit A,

It is hereby ORDERED that the Exhibit shall remain sealed.

DATED this 14th day of December, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order to Seal Exhibit A - 1
*United States v. Angela Davina Encinas* / CR19-203 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970