The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA DAVINA ENCINAS,<br><br>Defendant. | NO. CR19-203 RSM<br><br>ORDER EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE<br><br>RE-NOTE ON MOTION'S CALENDAR: August 5, 2024 |

THIS MATTER having come before the Court on the Government's Motion to extend the Deadline to file its Response to Defendant's Motion for Early Termination of Probation or Supervised Release, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its response shall be extended to August 5, 2024.

//

//

//

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Early Termination of Probation
or Supervised Release - 1
*United States v. Encinas*, CR19-203 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS FURTHER ORDERED that the matter be re-noted for August 5, 2024.

DATED this 18th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

*s/ Mukund Rathi*
MUKUND RATHI
Attorney for Angela Davina Encinas

Order Extending the Deadline for the Government to file Its
Response to Defendant's Motion for Early Termination of Probation
or Supervised Release - 2
*United States v. Encinas*, CR19-203 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970